```
                          United States Bankruptcy Court
                            District of Massachusetts
In re:                                                        Case No. 07-43893-msh
Joseph A Dailey                                               Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0101-4          User: corc              Page 1 of 1                  Date Rcvd: Aug 25, 2014
                              Form ID: pdf012         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2014.
db         +Joseph A Dailey,   1113 Hildreth Street,   Dracut, MA 01826-2571

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2014 at the address(es) listed below:
              Catherine M. Campbell    on behalf of Creditor   Charles  Raso cmc@fczlaw.com,      nadvady@fczlaw.com
              David M. Groff    on behalf of Petition Preparer Edward M. Dailey dmgroff@surfglobal.net
              David M. Groff    on behalf of Respondent Thomas M Dailey dmgroff@surfglobal.net
              David M. Groff    on behalf of Respondent Arthur P Dailey dmgroff@surfglobal.net
              David M. Groff    on behalf of Petition Preparer Thomas M Dailey dmgroff@surfglobal.net
              David M. Groff    on behalf of Petition Preparer Arthur P Dailey dmgroff@surfglobal.net
              David M. Groff    on behalf of Petition Preparer James F Dailey dmgroff@surfglobal.net
              David M. Groff    on behalf of Defendant Thomas M Dailey dmgroff@surfglobal.net
              David M. Groff    on behalf of Defendant James F Dailey dmgroff@surfglobal.net
              David M. Groff    on behalf of Respondent James F Dailey dmgroff@surfglobal.net
              David M. Groff    on behalf of Respondent Edward M. Dailey dmgroff@surfglobal.net
              David M. Groff    on behalf of Defendant Edward M. Dailey dmgroff@surfglobal.net
              David M. Groff    on behalf of Defendant Arthur P Dailey dmgroff@surfglobal.net
              David M. Nickless    dnickless.nandp@verizon.net, dnickless@ecf.epiqsystems.com
              David M. Nickless    on behalf of Trustee David M. Nickless dnickless.nandp@verizon.net,
               dnickless@ecf.epiqsystems.com
              Kathryn A. Fyans    on behalf of Creditor   Wells Fargo Bank, NA kfyans@mclaughlinquinn.com
              Kyle J Scandore    on behalf of Creditor   TD Bank, N.A. kscandore@sgolawoffice.com
              Louis S. Haskell    on behalf of Debtor Joseph A Dailey lshlaw@live.com
              Matthew J. McGowan    on behalf of Creditor   TD Bank, N.A. mmcgowan@smsllaw.com,
               tfrench@smsllaw.com
              Megan  O'Keefe Manzo    on behalf of Creditor   Wells Fargo Bank, NA meganomanzo@gmail.com
              Nicole  Horberg Decter    on behalf of Creditor   Massachusetts Laborers' Benefit Funds
               ndecter@segalroitman.com, bpark@segalroitman.com;sgillin@segalroitman.com
              Rian  Vernon    on behalf of Creditor   Wells Fargo Bank, NA mabk@harmonlaw.com
              Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
              Richard T. Mulligan    on behalf of Creditor   Wells Fargo Bank, NA mabk@harmonlaw.com
              Rita  Kraner    on behalf of Creditor   ROCKSTONE Capital LLC rkraner@riemerlaw.com
              Sandra M. Boulay    on behalf of Creditor   Jeanne D'Arc Credit Union sandra@boulaylaw.com,
               rose@boulaylaw.com
              Susan H Christ    on behalf of Trustee David M. Nickless schrist.nandp@verizon.net
              Susan H Christ    on behalf of Plaintiff David M Nickless schrist.nandp@verizon.net
                                                                                             TOTAL: 28

08/25/2014 ALLOWED. NO OBJECTIONS FILED.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

In Re:

Joseph A. Dailey,                              Chapter 7
    Debtor                                    No. 07-43893-MSH

MOTION TO REOPEN BANKRUPTCY CASE TO
DETERMINE STATUS OF LIENS ON PROPERTY TRANSFERRED

NOW COME James F. Dailey, Arthur P. Dailey, Thomas M. Dailey and Edward M. Dailey, and move this Court for an order reopening the above-referenced bankruptcy case pursuant to the provisions of 11 U.S.C. § 350(b) and Bankruptcy Rule 5010 in order to determine the status of liens concerning property that was the subject of the adversary proceeding filed by the Trustee against Movants. The Docket number of the adversary proceeding was 11-4020. This motion is made on the following grounds:

1. The Debtor filed a voluntary bankruptcy petition under Chapter 7 on October 25, 2007.

2. The Debtor received a discharge on July 21, 2009.

3. The case was closed on March 7, 2010, and then reopened on March 15, 2010.

4. The Trustee filed an adversary complaint against movants pursuant to 11 U.S.C. § 363(h), Docket number 11-4020, on March 1, 2011.

5. The Trustee and Movants reached an agreement to settle the adversary proceedings. The motion for authority to compromise recited, in relevant part, that: "9.

1